1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                      **CENTRAL DISTRICT OF CALIFORNIA**
10

11  FRANCISCO REDONDO,              )   NO. ED CV 08-1641 ODW (FMO)
                                    )
12             Petitioner,          )
                                    )   **ORDER ADOPTING FINDINGS,**
13       v.                         )   **CONCLUSIONS AND RECOMMENDATIONS**
                                    )   **OF UNITED STATES MAGISTRATE JUDGE**
14  JAMES YATES, Warden,            )
                                    )
15             Respondent.          )
                                    )
16  _____)

17          Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the Petition, all

18  of the records herein, and the Report and Recommendation of the United States Magistrate

19  Judge.  No objections to the Report and Recommendation have been filed.  The Court approves

20  and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, IT IS ORDERED

21  THAT:

22          1.       Judgment shall be entered dismissing the action with prejudice.

23          2.       The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24

25  DATED: December 4, 2009.

26                                          _____
                                                     OTIS D. WRIGHT II
27                                              UNITED STATES DISTRICT JUDGE

28