UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO REDONDO, | ) | NO. ED CV 08-1641 ODW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES YATES, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 4, 2009.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE